# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT G. RASMUSSEN, | No. 2:07-CV-07743-FMC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF REDONDO BEACH, et al., | |
| Defendants. | |

Pursuant to the order adopting the recommendation of the United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: September 29, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE